■ PEOPLE, Respondent, v JAMES DAVIS WILSON, Appellant. [643 NYS2d 444] —Motion to strike appellant's appendix granted. Memorandum: Because the documents in the appendix to defendant's brief are dehors the record and do not come within an exception to the general rule, they may not be considered on appeal. In any event, they do not appear to be applicable to the issue raised in Point Two of defendant's brief (*see, Alesse v Valley Stream Cent. High School Dist. #13*, 202 AD2d 326, 327; *cf., Brandes Meat Corp. v Cromer*, 146 AD2d 666, 667). Present—Green, J. P., Lawton, Fallon, Callahan and Davis, JJ.

■ PEOPLE, Respondent, v CHARLES SIMMS, Appellant. [643 NYS2d 437] —Motion to be provided with a copy of the trial transcript denied. Memorandum: It is not the policy of this Court to provide transcripts to defendants who are represented by assigned counsel. After counsel's brief is filed, defendant may apply for permission to file a *pro se* supplemental brief. If permission is granted, defendant will be provided with a copy of the transcript. Present—Green, J. P., Lawton, Fallon, Callahan and Davis, JJ.

■ In the Matter of ORLANDO TORRES, Petitioner, v FRANK IRVIN, as Superintendent of Wende Correctional Facility, et al., Respondents. [643 NYS2d 437] —Motion to transfer denied. Memorandum: Because the petition raises the issue of substantial evidence, Supreme Court properly transferred the matter to this Court (*see,* CPLR 7804 [g]). Any deficiency in the transcript may be noted by petitioner in his brief. Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

■ ROGER G. CRUMB, Appellant, v CLYDE B. RODGERS, Respondent. [643 NYS2d 437] —Motion to vacate dismissal of appeal denied. Memorandum: Plaintiff has failed to allege facts demonstrating either a meritorious appeal or a cognizable cause of action. Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.